**JS–6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR REZAEI<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>LUFTHANSA GERMAN AIRLINES<br><br><br>　　　　　Defendant(s). | CASE NO:<br>2:12–cv–03599–FMO–AJW<br><br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 45 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

　　**IT IS SO ORDERED.**

DATED: May 7, 2013　　　　　　　　　　　 /s/ *Fernando M. Olguin*
　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　United States District Judge